UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **AVENTUS HEALTH, LLC, ABL MEDICAL CARE, LLC, KD MEDICAL CHOICE, LLC, RD HEALTH DIAGNOSTICS, LLC** and **SEAN M. BYGRAVE, individually and on behalf of all others similarly situated,** <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED HEALTHCARE, INC., UNITEDHEALTHCARE SERVICES, INC., OPTUMHEALTH CARE SOLUTIONS, INC.** and **NEIGHBORHOOD HEALTH PATNERSHIP, INC.,** <br><br> Defendants. | Case No: 6:22-cv-2408-PBG-EJK |

## PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT

Plaintiffs AVENTUS HEALTH, LLC ("Aventus"); ABL MEDICAL CARE, LLC, KD MEDICAL CHOICE, LLC, RD HEALTH DIAGNOSTICS, LLC (hereinafter the "Laboratories") and SEAN M. BYGRAVE (the "Individual Plaintiff")(collectively "Plaintiffs"), by and through their undersigned counsel

hereby files this this Motion for an Extension of the Time to File an Amended Complaint.

1. This is a putative class action where Defendants filed their Motion to Dismiss on March 6, 2023 (ECF 32).

2. Plaintiffs filed their opposition to Defendants' Motion to Dismiss on May 25, 2023 (ECF 54).

3. The Court granted Plaintiffs' Motion to Dismiss by Order dated September 8, 2023 (ECF 57).

4. Specifically, the Court dismissed Counts I and V with prejudice; dismissed Counts II, III, and VI with prejudice as to Plaintiffs Aventus and the Laboratories, but without prejudice as to Plaintiff Sean M. Bygrave; and dismissed Counts IV, VII, and VIII without prejudice.

5. As to those Counts that were dismissed without prejudice, the Court is permitting Plaintiffs to file an Amended Complaint consistent with the directives of the Order and Rule 11 on or before September 22, 2023.

6. Plaintiffs' Counsel, however, is planning to file a Motion to Withdraw as Counsel in this action due to, among other things, the failure of our clients Aventus and the Laboratories to cooperate with us in the prosecution of their claims.

7. This lack of cooperation by Aventus and the Laboratories is interfering with Counsel's ability to prepare an amended pleading.

8. In accordance with Local Rule 2.02 – Appearance and Withdrawal of a Lawyer – Counsel is required to provide Plaintiffs with 14 days' notice prior to filing the Motion to Withdraw.

9. The current time period by which Plaintiffs are required to file an Amended Complaint is set to expire before the conclusion of the 14 days' notice requirement prior to moving to withdraw.

10. Counsel plans to provide formal notice of the Motion to Withdraw to Plaintiffs by September 18, 2023 (although we already have informed them that this was a likelihood) and will thereafter file the Motion to Withdraw by October 2, 2023, unless consent to withdraw is obtained.

11. Accordingly, we respectfully request that the deadline for filing the Amended Complaint be extended for 45-days after the Court decides the Motion to Withdraw, or, if Plaintiffs consent to Counsel's request to withdraw, 45-days after the withdrawal on consent is effectuated.

12. The undersigned reached out to Defendants' Counsel to advise of this motion and discussed the motion. However, at the time that the motion was filed, the undersigned had not heard back from Defendants' Counsel as to whether he would be opposing the motion.

WHEREFORE, Plaintiffs respectfully request this Honorable Court enter an Order extending the time by which Plaintiffs have to file an Amended Complaint.

Respectfully submitted on September 15, 2023.

>By: /s/ *Michael S. Kivowitz*
>Michael S. Kivowitz
>Florida Bar No. 19575
>mkivowitz@mblawfirm.com
>MANDELBAUM BARRETT PC
>3 Becker Farm Road, Suite 105
>Roseland, NJ 07068
>Telephone: 973.436.4600
>*Counsel for Plaintiffs*

**RULE 3.01(g) CERTIFICATE OF PRE-FILING CONFERENCE**

Plaintiffs' Counsel, Michael S. Kivowitz, conferred telephonically and by electronic mail with Defendants' counsel, Christopher Borchert, on September 15, 2023. Defendants' Counsel advised that he would look into this matter and whether he was going to oppose the application, but at the time that the motion was filed, Mr. Borchert did not know whether or not he would be opposing the motion.

>*/s/ Michael S. Kivowitz*
>Michael S. Kivowitz, Esq.
>Florida Bar No. 19575

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 15st day of September 2023, the foregoing document was filed with the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                            */s/ Michael S. Kivowitz*
                                            Michael S. Kivowitz, Esq.
                                            Florida Bar No. 19575